**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

# MEMO ENDORSED

RECEIVED
DEC 19 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

December 18, 2007

*[Handwritten endorsement:]* Conference adjourned to 1/28/08 @ 9:15

SO ORDERED:
Date: 12/19/07
Richard M. Berman, U.S.D.J.

**BY HAND**

Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re: <u>Poggi v. Virgin Entertainment</u>
07 CV 9857 (RMB)

Dear Judge Berman:

We represent the defendant, Virgin Entertainment ("Virgin") in connection with the above-captioned matter. We write on behalf of both plaintiff and defendant to request an adjournment of the initial pre-trial conference scheduled for 9:30 a.m. on December 20, 2007.

Having been just retained by Virgin, we received today a copy of a notice scheduling the initial pretrial conference on December 20, 2007. As indicated in Plaintiff Pietro Poggi's letter to Your Honor dated November 27, 2007, Virgin has not yet been served with the Complaint in this matter. Indeed, this firm has not yet seen a copy of the Complaint, nor has this firm had any involvement in any EEOC proceedings referenced in Mr. Poggi's November 27, 2007 letter.

We contact Mr. Poggi, who is *pro se*, today and he agreed that the initial pre-trial conference should be adjourned pending service of the Complaint upon Virgin. Please feel free to contact me or Kevin Leblang, a member of this firm (212.715.9306), if we can provide further information.

Respectfully yours,

Izabel P. McDonald

cc: Pietro Poggi
    Plaintiff, *pro se* (by hand)

*[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 12/19/2007]*

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000   WWW.KRAMERLEVIN.COM
KL3 2631737.1
ALSO AT 47 AVENUE HOCHE  75008 PARIS FRANCE