```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PIETRO GIACOMO POGGI,

                Plaintiff,            07 Civ. 9857 (RMB)

   -against-                           **ORDER OF DISCONTINUANCE**

VIRGIN ENTERTAINMENT INC, et al.,

                Defendants.
------------------------------------------------------------X

      Based on the parties having reached a settlement agreement after participating in Court ordered mediation, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

      The conference scheduled for 9:15 a.m. on Tuesday, April 15, 2008 is vacated.

**SO ORDERED**.

Dated: New York, New York
       March 31, 2008

                                                 _____
                                                 **Richard M. Berman, U.S.D.J.**