**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

MEMO ENDORSED

IZABEL P. MCDONALD
SPECIAL COUNSEL
PHONE 212-715-9160
FAX 212-715-8160
IMCDONALD@KRAMERLEVIN.COM

April 9, 2008

**BY FEDERAL EXPRESS**

Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

> Conference on 4/15/08 is moot. Case was settled + discontinued.
> SO ORDERED:
> RMB
> RICHARD M. BERMAN U.S.D.J.

Re:   **Poggi v. Virgin Entertainment, Inc. et al.**, 07 CV 9857 (RMB)

Dear Judge Berman:

We represent Virgin Entertainment in connection with the above-captioned matter. We write on behalf of both parties to inform Your Honor that, after participating in a mediation on March 26, 2008, the parties have settled their disputes in principle and are in the process of memorializing the terms of their agreement.

The parties therefore jointly respectfully request that the conference before the Court, scheduled for April 15, 2008 at 9:15 a.m., be adjourned pending consummation of the settlement agreement and submission of a Stipulation of Dismissal.

Plaintiff Pietro Poggi and his mediation counsel, copied below, have reviewed and approved this letter.

Respectfully submitted,

Izabel P. McDonald

cc:   Pietro Poggi
      Plaintiff, *pro se* (by Federal Express)

      Spencer Freedman, Esq. (by e-mail: sfreedman@dhr.state.ny.us)
      Joshua Block (by e-mail: jblock05@nyls.edu)
      Janna Wince (by e-mail: jwince05@nyls.edu)
      Urban Law Clinic, NYLS Legal Services, Inc.
      57 Worth Street
      New York, NY 10013

4/10/08