Berman, J

EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
PIETRO GIACOMO POGGI,

                Plaintiff,

       - against -

VIRGIN ENTERTAINMENT,
VIRGIN MEGASTORE TIMES SQUARE,

                Defendant.
----------------------------------------x

07cv9857(RMB)

Case No. 03-07492

**STIPULATION OF DISMISSAL
WITH PREDUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-entitled action be and it hereby is dismissed and discontinued in its entirety with prejudice and without costs or attorneys' fees to either party as against the other.

**Clerk to close this case.**

Dated: New York, New York
      15 MAY, 2008

_____
PIETRO GIACOMO POGGI
1984 Madison Ave., No. 3
New York, New York 10035
(212) 348-3171

Plaintiff *Pro Se*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

_____
Kevin B. Leblang
Izabel P. McDonald
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for Defendants

So Ordered

_____
U.S.D.J.
5/27/08

Richard M. Berman

5/27/2008